NUMBER 13-04-192-CV

COURT OF APPEALS

THIRTEENTH DISTRICT OF TEXAS

CORPUS CHRISTI - EDINBURG
____________________________________________________________________

EVA JANE PERIMAN,                                                        Appellant,

v.

MARY HENKE,                                                                  Appellee.
____________________________________________________________________

On appeal from the County Court at Law
of San Patricio County, Texas.
____________________________________________________________________

MEMORANDUM OPINION

Before Chief Justice Valdez, and Justices Hinojosa and Yañez
Memorandum Opinion Per Curiam

         Appellant, EVA JANE PERIMAN, perfected an appeal from a judgment entered
by the County Court at Law of San Patricio County, Texas, in cause number 7120. 
The clerk’s record was filed on June 28, 2004. No reporter’s record was filed. 
Appellant’s brief was due on July 28, 2004. To date, no proper appellate brief has
been received.
         When the appellant has failed to file a brief in the time prescribed, the Court
may dismiss the appeal for want of prosecution, unless the appellant reasonably
explains the failure and the appellee is not significantly injured by the appellant’s failure
to timely file a brief. Tex. R. App. P. 38.8(a)(1).
         On August 5, 2004, notice was given to all parties that this appeal was subject
to dismissal pursuant to Tex. R. App. P. 38.8(a)(1). Appellant was given ten days to
explain why the cause should not be dismissed for failure to file a brief. To date, no
response has been received.
         The Court, having examined and fully considered the documents on file, is of
the opinion that the appeal should be dismissed for want of prosecution. The appeal
is hereby DISMISSED FOR WANT OF PROSECUTION.
                                                               PER CURIAM

Memorandum Opinion delivered and filed
this the 4th day of November, 2004